1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   FRANCISCO CHAVEZ-PEREZ
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )  NO. CR-S-05-428 LKK
                                    )
13              Plaintiff,          )
                                    )  ORDER FOLLOWING HEARING
14      v.                          )
                                    )
15 FRANCISCO CHAVEZ-PEREZ aka       )
   Francisco martinez Chavez,       )  Judge: Hon. Lawrence K. Karlton
16                                  )
                Defendant.          )
17 _____  )

18      This matter was before the court on January 4, 2006 for status

19 hearing.  The government was represented by its counsel, Michael

20 Beckwith, Assistant United States Attorney, and defendant, Francisco

21 Chavez-Perez, was present with his counsel, Matthew C. Bockmon,

22 Assistant Federal Defender.

23      Defense counsel requested additional time to review the

24 government's plea offer.

25      Good cause appearing therefor,

26      IT IS ORDERED that the matter is continued to January 18, 2006 at

27 9:30 a.m. for further Status Conference.

28      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

1  (iv) and Local Code T4, the period from January 4, 2006 to January 18,
2  2006 is excluded from the time computations required by the Speedy
3  Trial Act due to ongoing preparation of counsel.
4  Dated: January 10, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Chief Judge Emeritus

Order Following Hearing                2