```
 1  DENNIS S. WAKS, Bar #142581
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    FRANCISCO CHAVEZ-PEREZ
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  NO. CR-S-05-428 LKK
                                   )
14           Plaintiff,            )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
15      v.                         )
                                   )
16  FRANCISCO CHAVEZ-PEREZ,        )  DATE: January 24, 2006
                                   )  TIME: 9:30 a.m.
17           Defendant.            )  JUDGE: Lawrence K. Karlton
                                   )
18  _____)
                                   )
19                                 )
```

20      It is hereby stipulated and agreed to between the United States of

21 America through Michael Beckwith, Assistant United States Attorney, and

22 defendant, Francisco Chavez-Perez, by and through his counsel, Matthew

23 C. Bockmon, Assistant Federal Defender, that the status conference

24 presently scheduled for January 18, 2006 be vacated and rescheduled for

25 status conference on January 24, 2006 at 9:30 a.m.

26      The parties have been working toward resolution of this case and a

27 revised plea is needed following a meeting with the probation office.

28      IT IS FURTHER STIPULATED that the period from the date of the

1  signing of this order to January 24, 2006 be excluded in computing the
2  time within which trial must commence under the Speedy Trial Act,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
4  continuity and preparation of counsel.
5  Dated: January 13, 2006

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
FRANCISCO CHAVEZ-PEREZ

Dated: January 13, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: January 17, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
United States District Judge